WILLIAM F. HYLAND, ATTORNEY GENERAL OF NEW JERSEY v. RICHARD HUNSICKER.

September 27, 1977. Petition for certification denied.

JOHN H. BRATTON, JR. v. EDITH O. BERRY.

September 27, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JERRY RAY CARROLL.

September 27, 1977. Petition for certification denied.

S. S. & O. CORPORATION v.
TOWNSHIP OF BERNARDS SEWERAGE AUTHORITY.

September 27, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. PETER J. PACCIORETTI.

September 27, 1977. Petition for certification denied.

CATHERINE NAPURANO v. N. S. BAER COMPANY.

September 27, 1977. Petition for certification denied.